IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>　　　　　Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| RABO AGRIFINANCE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE and LISA A. ZUHLKE,<br><br>　　　　　Defendants. | A24-4014-BSK<br><br>**STIPULATION TO ENTRY OF JUDGMENT DENYING DISCHARGE** |

　　　　This Stipulation to the entry of a Judgment denying the Defendants' discharge is entered into as of November 26, 2024 between Plaintiff Rabo AgriFinance LLC ("Plaintiff") and Defendants Alden H. Zuhlke and Lisa A. Zuhlke (the "Defendants"). The parties hereto, being fully advised and represented by counsel, hereby stipulate to the entry of an Order of Judgment in favor of the Plaintiff and against the Defendants on the First, Second and Third Causes of Action set forth in the Plaintiff's Complaint as set forth herein.

　　　　1.　　The Plaintiff's Complaint requested that this Court deny a discharge to the Defendants pursuant to 11 U.S.C. § 727(a)(2), 11 U.S.C. § 727(a)(3) and (a) (5) and 11 U.S.C. § 727(a) (4)(A).

　　　　2.　　While the Defendants have denied the allegations set forth in the Plaintiff's Complaint, the Defendants stipulate that a judgment should be entered on the Plaintiff's Complaint in favor of the Plaintiff and against the Defendants denying a discharge to the Defendants in this Chapter 7 case.

　　　　3.　　There is no other consideration or other agreement between the Plaintiff and Defendants associated with the entry of the judgment requested herein.

　　　　4.　　The parties hereto respectfully request that the Court enter judgment consistent with the terms hereof.

RABO AGRIFINANCE LLC, Plaintiff

By: /s/ Richard P. Garden, Jr.
Richard P. Garden, Jr. - #17685
John F. Zimmer, V - #26127
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
rgarden@clinewilliams.com
jzimmer@clinewilliams.com

ALDEN H. ZUHLKE and LISA A. ZUHLKE, Defendants

_____
Alden H. Zuhlke

_____
Lisa A. Zuhlke

STATE OF NEBRASKA )
                  ) ss.
COUNTY OF Antelope )

SUBSCRIBED AND SWORN before me on November 26, 2024, by Alden H. Zuhlke and Lisa A. Zuhlke.

_____
Notary Public

GENERAL NOTARY - State of Nebraska
KATHY R. WAGNER
My Comm. Exp. May 15, 2025

And /s/ Bradley C. Easland
Bradley C. Easland - #21142
EGLEY, FULLNER, MONTAG, MORLAND & EASLAND, P.C.
2424 Taylor Avenue
P.O. Box 33
Norfolk, NE 68702-0033
(402) 379-9119
beasland@neattys.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

                                                    /s/ Richard P. Garden, Jr.
                                                    Richard P. Garden, Jr.

4920-1450-9056, v. 1