IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE,<br><br>　　　　Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7) |
| RABO AGRIFINANCE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALDEN H. ZUHLKE and LISA A. ZUHLKE,<br><br>　　　　Defendants. | A24-4014-BSK<br><br>**ORDER OF JUDGMENT DENYING DISCHARGE** |

　　　　This matter comes before the Court on the Stipulation to the Entry of an Order Denying Discharge dated November 26, 2024 among the Plaintiff, Rabo AgriFinance LLC ("Plaintiff") and the Defendants Alden H. Zuhlke and Lisa A. Zuhlke (the "Stipulation") (filing #13).  The Court hereby approves the terms of the Stipulation.

　　　　IT IS THEREFORE ORDERED AND ADJUDGED:

　　　　1.　　The Debtors are denied a discharge pursuant to 11 U.S.C. § 727(a)(2), 11 U.S.C. § 727(a)(3) and (5), and 11 U.S.C. § 727(a)(4)(A).

　　　　2.　　This Order of Judgment shall have preclusive effect and operate to bar the re-litigation of the issue of the dischargeability of the debt owing by the Defendants to the Plaintiff or of the Defendants' right to receive a discharge under 11 U.S.C. § 727(a).

　　　　3.　　The Judgment may be transcribed to any court of competent jurisdiction.

　　　　Dated: December 3, 2024

　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　Brian S. Kruse
　　　　　　　　　　　　　　　　Bankruptcy Judge

Approved as to form and content:

_____
Bradley C. Easland - #21142
EGLEY, FULLNER, MONTAG, MORLAND & EASLAND, P.C.
2424 Taylor Avenue
P.O. Box 33
Norfolk, NE 68702-0033
(402) 379-9119

Prepared and submitted by:
Richard P. Garden, Jr. #17685
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095

4896-3712-5376, v. 1